974

No. 98–6159. WILLIAMS v. FURLONG, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6163. CARRILLO-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6165. DAVIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–6167. HANNAH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6168. GREGORY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6169. GREEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6171. LOPEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6172. ELWOOD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6175. GUNN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6176. MARKUN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–6179. MALLARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6183. PIERCE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6185. MCLEGGAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6186. MYERS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6187. CARRILLO v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.